JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES A. COLLINS, AN INDIVIDUAL; CAROL L. COLLINS, AN INDIVIDUAL; AND DOES 1-10,<br><br>        Defendants. | Case No.: 2:20-cv-01049-SVW-KS<br><br>*Hon. Stephen V. Wilson.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  January 31, 2020<br>Trial Date:    Not on Calendar |

///
///
///
///
///
///
///
///
///
///

1

1          Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before

2  it, and being fully advised finds as follows:

3         **IT IS ORDERED THAT:**

4         Plaintiff Sandra Edmonds' ("Plaintiff") action against Defendants James A. Collins

5  and Carol L. Collins ("Defendants") is dismissed with prejudice. Each party will be

6  responsible for their own fees and costs.

Dated:    September 29, 2020

Hon. Stephen V. Wilson
United States District Judge
Central District of California

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE